UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Appellant,

   v.                                  Case No. 8:07-CIV-497-T-24

SAMUEL M. STRICKLIN,

        Appellee.
_____/

*On Appeal from an Order of the United States Bankruptcy Court
for the Middle District of Florida in <u>In re Anchor Glass
Container Corp.</u>, Case No. 8:05-bk-15606-ALP*

**ORDER GRANTING JOINT MOTION FOR A LIMITED REMAND
AND A STAY OF BRIEFING DEADLINES**

      On April 10, 2007, Appellant, the United States of America, and Appellee, Samuel M. Stricklin, as the Alpha Resolution Trustee ("Trustee"), (collectively, the "Parties") filed a joint motion requesting *(i)* a limited remand to the Bankruptcy Court, and *(ii)* a stay of the briefing deadlines in this appeal, in light of the fact that the Parties have reached a settlement in principle. In their motion, the Parties state that their settlement in principle has been memorialized in a Stipulation, which incorporates a proposed Agreed Order that they wish to present to the Bankruptcy Court for approval. (A copy of the proposed Agreed Order, along with the Parties' Stipulation, is attached to their motion.) In their motion, the Parties also state that the Bankruptcy Court has expressed a willingness to approve the settlement terms that are now embodied in the Agreed Order, and that, after such approval, they will jointly move to dismiss this appeal.

**NOW, THEREFORE,** in light of the Parties' motion, and for good cause shown, **IT IS HEREBY ORDERED:**

1. The Parties' motion (Doc. No. 7) is **GRANTED**;

2. The briefing deadlines in this appeal are stayed until further notice by this Court;

3. The case is remanded to the Bankruptcy Court solely for purposes of considering and acting upon the proposed Agreed Order, with this Court retaining jurisdiction over the appeal; and

4. If the Parties do not file a motion to dismiss this appeal by May 15, 2007, they shall, by that same date, file a status report with this Court, advising it as to the status of the proceedings in the Bankruptcy Court and their efforts to conclude their settlement and dismiss this appeal.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of April, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record